# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BERGE, RICHARD | § | Case No. 08-11245 |
| BERGE, CYNTHIA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Robert E. Tardif Jr._____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 08-11245 ALP Judge: Alexander L. Paskay | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | BERGE, RICHARD | Date Filed (f) or Converted (c): | 07/29/08 (f) |
| | BERGE, CYNTHIA | 341(a) Meeting Date: | 09/02/08 |
| For Period Ending: | 04/18/11 | Claims Bar Date: | 07/20/09 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 8465 GROVE ROAD FORT MYERS FL | 168,294.00 | 0.00 | DA | 0.00 | FA | 168,294.00 | 0.00 |
| 2. 2 BURIAL PLOTS IN BELMONT, VERMONT | 300.00 | 300.00 | | 300.00 | FA | 0.00 | 0.00 |
| 3. 1237 SE 6 TH STREET CAPE CORAL FL | 120,000.00 | 0.00 | DA | 0.00 | FA | 120,000.00 | 0.00 |
| 4. BANK OF AMERICA CHECKING ACCT. 0618 | 62.78 | 62.78 | | 62.78 | FA | 0.00 | 0.00 |
| 5. BANK OF AMERICA CHECKING ACCT. 0606 | 65.30 | 65.30 | | 65.30 | FA | 0.00 | 0.00 |
| 6. BANK OF AMERICA MONEY MARKET SAVINGS ACCT. 8773 | 25.63 | 25.63 | | 25.63 | FA | 0.00 | 0.00 |
| 7. BANK OF AMERICA MONEY MARKET SAVINGS ACCT. 9945 | 25.14 | 25.14 | | 25.14 | FA | 0.00 | 0.00 |
| 8. SUNCOAST SCHOOLS FCU SAVINGS ACCT. 6700 | 95.94 | 95.94 | | 95.94 | FA | 0.00 | 0.00 |
| 9. SUNCOAST SCHOOLS FCU SAVINGS ACCT. 1300 | 41.98 | 41.98 | | 41.98 | FA | 0.00 | 0.00 |
| 10. FLORIDA GULF BANK CHECKING ACCT. 1563 | 207.67 | 207.67 | | 207.67 | FA | 0.00 | 0.00 |
| 11. FLORIDA GULF BANK BUSINESS CHECKING ACCT. 5554 | 142.48 | 142.48 | | 142.48 | FA | 0.00 | 0.00 |
| 12. RIVERSIDE BANK BUSINESS CHECKING ACCT. 1902 | 16,362.52 | 0.00 | DA | 0.00 | FA | 16,362.52 | 0.00 |
| 13. BANK OF AMERICA BUSINESS CHECKING ACCT. 2680 | 22.87 | 22.87 | | 22.87 | FA | 0.00 | 0.00 |
| 14. HOUSEHOLD GOODS | 8,006.00 | 6,753.00 | | 6,753.00 | FA | 0.00 | 1,253.00 |
| 15. BOOKS/COLLECTIBLES | 250.00 | 0.00 | DA | 0.00 | FA | 0.00 | 250.00 |
| 16. CLOTHING | 150.00 | 0.00 | DA | 0.00 | FA | 0.00 | 150.00 |
| 17. JEWELRY | 15.00 | 0.00 | DA | 0.00 | FA | 0.00 | 15.00 |
| 18. EMPIRE GENERAL LIFE POLICY | 0.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 19. MONUMENTAL LIFE TERM POLICY | 0.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 20. STANDARD INSURANCE GROUP TERM POLICY | 0.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 21. ING 403 B PLAN | 43,193.37 | 0.00 | DA | 0.00 | FA | 0.00 | 43,193.37 |
| 22. 10,000 SHARES OF BERGE BUILDING & CONTRACTING | 0.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 23. BERGENSTROLL PROPERTIES LLC | 500,000.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 08-11245   ALP   Judge: Alexander L. Paskay | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | BERGE, RICHARD | Date Filed (f) or Converted (c): | 07/29/08 (f) |
| | BERGE, CYNTHIA | 341(a) Meeting Date: | 09/02/08 |
| | | Claims Bar Date: | 07/20/09 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| Corporation owns real property that is subject to mortgage higher than value of property. | | | | | | | |
| 24. LOANS TO BERGE BUILDING & CONTRACTING | 0.00 | Unknown | DA | 0.00 | FA | 0.00 | 0.00 |
| 25. CERTIFIED GENERAL CONTRACTOR LICENSE | 1.00 | 0.00 | DA | 0.00 | FA | 0.00 | 1.00 |
| 26. REAL ESTATE LICENSE | 1.00 | 0.00 | DA | 0.00 | FA | 0.00 | 1.00 |
| 27. 2006 JEEP LIBERTY | 14,350.00 | 0.00 | DA | 0.00 | FA | 14,350.00 | 0.00 |
| 28. 2001 17' ACTION CRAFT FISHING BOAT W/ MOTOR | 2,995.00 | 2,995.00 | | 3,835.69 | FA | 0.00 | 0.00 |
| 29. OFFICE EQUIPMENT | 320.00 | 320.00 | DA | 0.00 | FA | 0.00 | 320.00 |
| 30. DOGS | 10.00 | 0.00 | DA | 0.00 | FA | 0.00 | 10.00 |
| 31. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.24 | FA | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $874,937.68 | $11,057.79 | | $11,581.72 | $0.00 | $319,006.52 | $45,193.37 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

November 07, 2008 (RET) - Emailed attorney for information on vehicle lease.

December 05, 2008 (RET) - Sent proposed stipulation. Requested photos of boat surrendering.

December 30, 2008 (RET) - Filed motion for turnover.

January 30, 2009 (RET) - Submitted turnover order.

February 07, 2009 (BLK) - Order granting turnover entered. 2/5/09 w/20 days to enter into stip or turnover property.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: 08-11245  ALP  Judge: Alexander L. Paskay | Trustee Name: | Robert E. Tardif Jr. |
| Case Name: BERGE, RICHARD | Date Filed (f) or Converted (c): | 07/29/08 (f) |
| BERGE, CYNTHIA | 341(a) Meeting Date: | 09/02/08 |
| | Claims Bar Date: | 07/20/09 |

February 11, 2009 (RET) - Emailed revised stipulation.

March 02, 2009 (BLK) - Rec'd ltr from Berge re: boat. Claims that it is on a lift in Cape Coral, but doesn't run. Requested photos from Atty.

March 03, 2009 (BLK) - Rec'd signed stip for $7742.79 payable over 12 mos. @ $645.23/mo beg. 3/1/09 (final pymt of $645.26)

March 13, 2009 (RET) - Filed motion to approve stipulation.

July 09, 2009 (RET) - Debtor payments continuing.

September 12, 2009 (BLK) - Debtors payments still being received.

September 14, 2009 (BLK)  - Ronnie from Atty's office will contact Debtor ASAP for boat photos

February 06, 2010 (RET) - Debtor has fallen behind on payments. Will send past due letter.

February 09, 2010 (GAH) Past due ltr for $3226.15 sent to atty.

March 10, 2010 (GAH) Motion for Moratorium filed by Dellutri to resume payments in April. Order entered.

May 26, 2010 (GAH) E-mail to atty that debtors did not make April and May payments pursuant to Order. Requested a check for $1,290.46 within 10 days. (paid)

May 27, 2010 (GAH) Spoke with debtor; mailing payment today.

May 28, 2010 (RET) - Debtor still paying, although sporadically.

July 26, 2010 (GAH) Late payment ltr sent for $1,290.46 (total amount due).

August 04, 2010 (GAH) All payments received.

August 11, 2010 (BLK) - Upon completion of claims review, will close.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit A

| | | |
|---|---|---|
| Case No: | 08-11245   ALP   Judge: Alexander L. Paskay | Trustee Name:   Robert E. Tardif Jr. |
| Case Name: | BERGE, RICHARD | Date Filed (f) or Converted (c):   07/29/08 (f) |
| | BERGE, CYNTHIA | 341(a) Meeting Date:   09/02/08 |
| | | Claims Bar Date:   07/20/09 |

August 21, 2010 (RET) - Emailed attorney on Debtors' sale of boat that was supposed to be surrendered.

August 31, 2010 (BLK) - Changed TFR date as payments still being received.

November 02, 2010 (BLK) - Mr. Berge called. He is putting final payment in the mail to us today.

November 12, 2010 (BLK) - Claims objection filed.

December 10, 2010 (BLK) - Filed objection to claim No. 5-1.

December 14, 2010 (BLK) - Emailed payment history to attorney per Debtor's request.

December 27, 2010 (RET) - Finalizing claims.

January 11, 2011 (BLK) - Claims review now complete. Will prepare case for TFR submission.

January 26, 2011 (GAH) Debtor sending final payment of $609.54 nex week.

February 11, 2011 (GAH) All payments received.

Initial Projected Date of Final Report (TFR): 07/15/10          Current Projected Date of Final Report (TFR): 02/01/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-11245 -ALP | | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|---|
| Case Name: | BERGE, RICHARD | | Bank Name: | BANK OF AMERICA, N.A. |
| | BERGE, CYNTHIA | | Account Number / CD #: | *******4172  MONEY MARKET |
| Taxpayer ID No: | *******5668 | | | |
| For Period Ending: | 04/18/11 | | Blanket Bond (per case limit): | $   0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/09/09 | * NOTE * | Richard A. Berge | * NOTE *  Properties 2, 4, 5, 6, 7, 8, 9, 10 | 1110-000 | 645.23 | | 645.23 |
| 04/07/09 | * NOTE * | Richard A. Berge | * NOTE *  Properties 10, 11, 13, 14 | 1129-000 | 645.23 | | 1,290.46 |
| 04/30/09 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,290.49 |
| 05/06/09 | 14 | Richard A. Berge | | 1129-000 | 645.23 | | 1,935.72 |
| 05/29/09 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,935.76 |
| 06/19/09 | 14 | Richard A. Berge | Payment on Overage | 1129-000 | 645.23 | | 2,580.99 |
| 06/30/09 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 2,581.04 |
| 07/31/09 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 2,581.11 |
| 08/07/09 | 14 | Cynthia Berge | Payment on Overage | 1129-000 | 1,290.46 | | 3,871.57 |
| 08/31/09 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,871.66 |
| 09/30/09 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 3,871.76 |
| 10/01/09 | 14 | Richard Berge | Payment on Overage | 1129-000 | 645.26 | | 4,517.02 |
| 10/30/09 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,517.13 |
| 11/30/09 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,517.25 |
| 12/31/09 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,517.37 |
| 01/29/10 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,517.48 |
| 02/26/10 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 4,517.58 |
| 03/31/10 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,517.70 |
| 04/07/10 | 14 | Richard Berge | Payment on Overage | 1129-000 | 645.23 | | 5,162.93 |
| 04/30/10 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,163.05 |
| 05/28/10 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,163.18 |
| 06/01/10 | 14 | Richard Berge | Payment on Overage | 1129-000 | 1,290.46 | | 6,453.64 |
| 06/30/10 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,453.80 |
| 07/30/10 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,453.96 |
| 08/04/10 | 14 | Richard Berge | Payment on Overage | 1129-000 | 1,290.46 | | 7,744.42 |
| 08/25/10 | 28 | Richard Berge | Payment on Overage | 1129-000 | 645.23 | | 8,389.65 |
| 08/31/10 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,389.85 |

Page Subtotals    8,389.85    0.00

UST Form 101-7-TFR (10/1/2010) *(Page: 7)*

LFORM24

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 08-11245 -ALP | | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|---|
| Case Name: | BERGE, RICHARD | | Bank Name: | BANK OF AMERICA, N.A. |
| | BERGE, CYNTHIA | | Account Number / CD #: | *******4172  MONEY MARKET |
| Taxpayer ID No: | *******5668 | | | |
| For Period Ending: | 04/18/11 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/10 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,390.06 |
| 10/04/10 | 28 | Cynthia Berge | Payment on Overage | 1129-000 | 645.23 | | 9,035.29 |
| 10/29/10 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 9,035.51 |
| 11/05/10 | 28 | Richard Berge | Payment on Overage | 1129-000 | 645.23 | | 9,680.74 |
| 11/30/10 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,680.98 |
| 12/16/10 | 28 | Richard Berge | Payment on Overage | 1129-000 | 645.23 | | 10,326.21 |
| 12/31/10 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,326.46 |
| 01/10/11 | 28 | Richard Berge | Payment on Overage | 1129-000 | 645.23 | | 10,971.69 |
| 01/31/11 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,971.96 |
| 02/11/11 | 28 | Richard Berge | Payment on Overage | 1129-000 | 609.54 | | 11,581.50 |
| 02/28/11 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,581.59 |
| 03/31/11 | 31 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,581.69 |
| 04/12/11 | 31 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 11,581.72 |
| 04/12/11 | | Transfer to Acct #*******1660 | Final Posting Transfer | 9999-000 | | 11,581.72 | 0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 11,581.72 | 11,581.72 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 11,581.72 | |
| Subtotal | 11,581.72 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 11,581.72 | 0.00 | |

Page Subtotals    3,191.87    11,581.72

UST Form 101-7-TFR (10/1/2010) *(Page: 8)*

LFORM24

Ver: 16.02b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 08-11245 -ALP | Trustee Name: | Robert E. Tardif Jr. |
| --- | --- | --- | --- |
| Case Name: | BERGE, RICHARD | Bank Name: | BANK OF AMERICA, N.A. |
|  | BERGE, CYNTHIA | Account Number / CD #: | *******1660  GENERAL CHECKING |
| Taxpayer ID No: | *******5668 | | |
| For Period Ending: | 04/18/11 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/12/11 | | Transfer from Acct #*******4172 | Transfer In From MMA Account | 9999-000 | 11,581.72 | | 11,581.72 |
| | | | COLUMN TOTALS | | 11,581.72 | 0.00 | 11,581.72 |
| | | | Less: Bank Transfers/CD's | | 11,581.72 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********4172 | 11,581.72 | 0.00 | 0.00 |
| GENERAL CHECKING - ********1660 | 0.00 | 0.00 | 11,581.72 |
| | 11,581.72 | 0.00 | 11,581.72 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    11,581.72    0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-11245 | | Page 1 | | Date: April 18, 2011 |
| Debtor Name: | BERGE, RICHARD | | Claim Number Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 01-1<br>050<br>4120-00 | MTAG Cust for Sherborne Management, LLC<br>PO Box 402931<br>Atlanta, GA 30384 | Secured | Filed 11/04/08 | $1,742.48 | $0.00 | $1,742.48 |
| 02-1<br>070<br>7100-00 | Branch Banking & Trust Equipment Finance<br>Bankruptcy Section/100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894-1847 | Unsecured | Filed 04/30/09 | $91,359.08 | $0.00 | $91,359.08 |
| 03-1<br>070<br>7100-90 | The Cabinet Shop of Lee County<br>2550 Edison Avenue<br>Fort Myers, FL 33901 | Unsecured | Filed 04/27/09<br>Obj - Corp<br><br>Order disallowing entered 1/11/11 | $0.00 | $0.00 | $0.00 |
| 04-1A<br>080<br>7300-00 | Internal Revenue Service<br>Attn: Chief Insolvency<br>P.O. Box 21125<br>Philadelphia PA 19114 | Unsecured | Filed 05/26/09<br>Subordinate penalties | $1,063.29 | $0.00 | $1,063.29 |
| 04-1B<br>058<br>5800-00 | Internal Revenue Service<br>Attn: Chief Insolvency<br>P.O. Box 21125<br>Philadelphia PA 19114 | Priority | Filed 05/26/09 | $7,096.76 | $0.00 | $7,096.76 |
| 05-1A<br>070<br>7100-00 | Dorothea Hartemink<br>5569 Pernod Drive<br>Fort Myers, FL 33919 | Unsecured | Filed 07/06/09<br>The Creditor filed a bifurcated claim that involve several different transactions.  The Creditor appears to be partially secured by one mortgage, totally unsecured with respect to one mortgage (a 2nd mortgage) and seeks to claim damages for breach of contract concerning 13 other agreements to purchase.  With respect to the agreements to purchase, most are agreements with a corporation with no evidence of personal liability.  Moreover, by the terms of the agreements, it appears that the Creditor has received the posted deposits as liquidated damages and is not entitled to any further damages.  The Trustee consents to a claim in a secured amount of $35,000.00 and an unsecured amount of $125,000.00.<br><br>Order allowing secured and unsecured entered 1/11/11 | $125,000.00 | $0.00 | $125,000.00 |
| 05-1B<br>050<br>4110-00 | Dorothea Hartemink<br>5569 Pernod Drive<br>Fort Myers, FL 33919 | Secured | Filed 07/06/09<br>Order allowing secured claim in the amount of $35,000.00 entered 1/11/11 | $35,000.00 | $0.00 | $35,000.00 |
| | Subtotal For Claim 4110-00 | | | $261,261.61 | $0.00 | $261,261.61 |
| | Case Totals: | | | $261,261.61 | $0.00 | $261,261.61 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-11245
Case Name: BERGE, RICHARD
 BERGE, CYNTHIA
Trustee Name: Robert E. Tardif Jr.

Balance on hand                                                                                $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 01-1 | MTAG Cust for Sherborne Management, LLC | $ | $ | $ | $ |
| 05-1B | Dorothea Hartemink | $ | $ | $ | $ |

Total to be paid to secured creditors                                        $_____

Remaining Balance                                                                    $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert E. Tardif Jr. | $ | $ | $ |
| Trustee Expenses: Robert E. Tardif Jr. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses           $_____

Remaining Balance                                                                    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 04-1B | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors                                    $_____

Remaining Balance                                                              $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 02-1 | Branch Banking & Trust Equipment Finance | $ | $ | $ |
| 05-1A | Dorothea Hartemink | $ | $ | $ |

Total to be paid to timely general unsecured creditors            $_____

Remaining Balance                                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 04-1A | Internal Revenue Service | $ | $ | $ |

Total to be paid to subordinated unsecured creditors        $_____

Remaining Balance        $_____